NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**RENESAS ELECTRONICS AMERICA, INC., F/K/A INTERSIL CORPORATION,**
*Defendant-Appellant*

---

2016-2121, 2016-2208, 2016-2235

---

Appeals from the United States District Court for the Eastern District of Texas in No. 4:08-cv-00451-RAS, Judge Richard A. Schell.

---

**ON PETITION FOR PANEL REHEARING**

---

Before DYK, BRYSON, and TARANTO, *Circuit Judges.*

PER CURIAM.

### O R D E R

Plaintiff-Cross-Appellant Texas Advanced Optoelectronic Solutions, Inc., (TAOS) filed a petition for rehearing on June 14, 2018.

Upon consideration thereof,

IT IS ORDERED THAT:

1) TAOS's petition is granted in part and denied in part by the panel.

2) The previous precedential opinion in this appeal, issued May 1, 2018, is withdrawn and replaced with the modified precedential opinion accompanying this order.  The only modifications that have been made appear in section III.A of the opinion.

FOR THE COURT

July 9, 2018                          /s/ Peter R. Marksteiner
    Date                              Peter R. Marksteiner
                                      Clerk of Court